**SUPERIOR FIREPLACE COMPANY,**
Plaintiff–Appellee,

v.

**THE MAJESTIC PRODUCTS COMPA-
NY and Vermont Castings, Inc.,**
Defendants–Appellants.

No. 02–1525.

United States Court of Appeals,
Federal Circuit.

Oct. 9, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).